ORDERED.

Dated:  August 18, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) <br> ) <br> ORLANDO GATEWAY PARTNERS, ) <br> LLC, ) <br> ) <br>       Debtor. ) <br> ) | Case No.  6:15-bk-03448-KSJ <br> Chapter 7 |
| GOOD GATEWAY, LLC, and SEG ) <br> GATEWAY, LLC, ) <br> ) <br>       Plaintiffs, ) <br> vs. ) <br> ) <br> ROHAN THAKKAR, *et al.*, ) <br> ) <br>       Defendants. ) <br> ) | Adversary No. 6:16-ap-00063-KSJ |

**ORDER REMANDING ADVERSARY PROCEEDING**

This adversary proceeding and three related adversary proceedings came before the Court on August 11, 2016. The Court finds it is appropriate to remand these four adversary proceedings to state court.

The main cases were filed originally as Chapter 11 reorganization cases on April 20, 2015.[1] A few months later, the first related adversary proceeding landed in this Court via a Notice of Removal.[2] The removal occurred after many years of litigation in the Florida state court and after entry of two multimillion dollar judgments against the Debtors and several other non-debtor parties, which are on appeal to the Florida Fifth District Court of Appeal.[3] With two exceptions,[4] the Court resolved all then pending motions, including the Motion for Attorneys' Fees and Costs.[5] Multiple non-debtor parties were impleaded[6] and proceedings supplementary were initiated.[7] The remaining issues relate to alleged discovery abuses and ongoing efforts to collect the judgments against **non-debtor** parties. The Bankruptcy Court should have no role in pursuing collection against these third parties.

Initially, however, the parties appropriately involved in these bankruptcy cases asked to keep this adversary proceeding in the Bankruptcy Court and sought an Order of Procedure.[8] This motion asked the Court to require separate adversary case numbers so each party knew "if a document is filed against a party or non-party and to what claim for relief it relates,"[9] and so that the parties could ascertain if discovery requests relate to a specific claim for relief.[10] The Court

---

[1] Nilhan Hospitality, LLC, Case No. 6:15-bk-03447-KSJ and Orlando Gateway Partners, LLC, Case No. 6:15-bk-03448-KSJ. The cases were converted to Chapter 7 liquidation cases on February 10, 2016. Doc. No. 165 in Case No. 6:15-bk-03448-KSJ. Doc. No. 173 in Case No. 6:15-bk-03447-KSJ.
[2] Adversary Proceeding No. 6:15-ap-00084-KSJ, *Orlando Gateway Partners, LLC v. Good Gateway, LLC, Nilhan Financial, LLC, and SEG Gateway, LLC*.
[3] The state court case is styled *Good Gateway, LLC, v. Orlando Gateway Partners, LLC, et al.*, Case No. 2010-CA-015315-O in the Circuit Court for the Ninth Judicial Circuit in Orange County, Florida. The appeals are Case No. 5D14-3962 and Case No. 5D14-3964.
[4] Doc. Nos. 269, 272, 273, 281.
[5] The Motion for Attorneys' Fees and Costs relates to litigation and discovery abuses in the state court action. *See* Doc. Nos. 63, 115, 123, 249, 250. The Court awarded fees under five state court orders in its Memorandum Opinion Awarding Attorneys' Fees as Sanctions. Doc. No. 250.
[6] Doc. Nos. 69, 70, 115, 138, 182.
[7] *Id.*
[8] Doc. No. 194.
[9] Doc. No. 194, ¶ 11.
[10] Doc. No. 194, ¶ 12.

granted the motion and directed the Clerk to create two new adversary proceedings.[11] Shortly before the Court granted the Motion for an Order of Procedure, Good Gateway, LLC, and SEG Gateway, LLC ("Gateway Entities"), the Judgment Creditors, however, changed their mind and sought the remand of this adversary proceeding back to state court.[12] Multiple non-debtor parties also have filed recent, well-taken objections to this Court's jurisdiction over them.[13]

Last, another non-debtor party, Chittranjan K. Thakkar, filed yet *another* Notice of Removal of an *additional* state court civil action on July 12, 2016.[14] This recently filed state court action concerns the ownership of Orlando Gateway and directly relates to the issues on appeal to the Florida Fifth District Court of Appeals.[15] Plaintiffs in this adversary proceeding, Good Gateway, LLC, and SEG Gateway, LLC, then moved for remand of this fourth adversary proceeding.[16]

So, the Bankruptcy Court now is administering four separate proceedings all attempting to collect a substantial judgment entered against the Debtors, Orlando Gateway Partners, LLC, and Nilhan Hospitality, LLC, and several non-debtor parties, most of whom do not consent to jurisdiction of the Bankruptcy Court. The judgment is on appeal to the Florida Fifth District Court of Appeals. Remand is appropriate to allow my sister court to administer these collection efforts against non-debtors and to resolve any issues remanded upon appeal.

As to my Debtors, Orlando Gateway Partners, LLC and Nilhan Hospitality, LLC, a Chapter 7 Trustee is administering the assets of the Debtors. In due course, he will pay claims appropriately under the distribution rules set by the Bankruptcy Code. The automatic stay, unless otherwise

---

[11] Doc. No. 274. Adversary Proceeding No. 6:16-ap-00063-KSJ, *Good Gateway, LLC and SEG Gateway, LLC vs. Rohan Thakkar, Niloy Thakkar, Saloni Thakkar, Niloy, Inc., Nilhan Financial, LLC, RNT, LLC, and Saloni Thakkar, LLC*, and Adversary Proceeding No. 6:16-ap-00064-KSJ, *Good Gateway, LLC, and SEG Gateway, LLC, vs. Nilhan Hospitality, LLC, a Georgia limited liability corporation*.
[12] Doc. No. 274.
[13] Adversary Proceeding No. 6:15-ap-00084-KSJ, Doc. Nos. 290, 292.
[14] Adversary Proceeding No. 6:16-ap-00062-KSJ, *Good Gateway, LLC, and SEG Gateway, LLC, vs. BKGD, LLC, Chittranjan K. Thakkar, and Orlando Gateway, LLC*.
[15] Adversary Proceeding No. 6:16-ap-00062-KSJ, Doc. No. 1, ¶ 5.
[16] Adversary Proceeding No. 6:16-ap-00062-KSJ, Doc. No. 5.

modified, applies to prevent non-bankruptcy collection efforts against them or property of their estates.

After reviewing the pleadings and considering the positions of all interested parties, it is

**ORDERED:**

1. This adversary proceeding is **REMANDED** to the Ninth Judicial Circuit in and for Orange County, Florida, in the case captioned, *Good Gateway, LLC, v. Orlando Gateway Partners, LLC, et al.*, Case No. 2010-CA-015315-O, for further proceedings.

2. All pending motions filed in this adversary proceeding are resolved.

3. The Clerk is directed to close this case and promptly remand this adversary proceeding to the Ninth Judicial Circuit in and for Orange County, Florida.

Copies furnished to:

The Clerk is directed to serve a copy of this order on all interested parties.