ORDERED.

Dated: August 18, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) <br> ) <br> ORLANDO GATEWAY PARTNERS, ) <br> LLC, ) <br> ) <br> Debtor. ) <br> ) | Case No. 6:15-bk-03448-KSJ <br> Chapter 7 |
| ORLANDO GATEWAY PARTNERS, ) <br> LLC, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> GOOD GATEWAY, LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Adversary No. 6:15-ap-00084-KSJ |

## **FINAL JUDGMENT**

This adversary proceeding came on for consideration on the Motion for Attorneys' Fees and Costs for Litigating Sanctions Awarded and Incorporated Memorandum of Law (Doc. No. 270) and the Opposition to Fees and Costs (Doc. No. 272). The Court simultaneously is entering

an order awarding Good Gateway, LLC and SEG Gateway, LLC (the "Gateway Entities") $44,766.33 in fees and costs.

Accordingly, it is **ORDERED**:

**1.** The Motion for Attorneys' Fees and Costs for Litigating Sanctions Awarded (Doc. No. 270) is **GRANTED.**

2. As set forth in the Order Granting Motion for Attorneys' Fees and Costs, Orlando Gateway Partners, LLC, Nilhan Hospitality, LLC, Chittranjan K. Thakkar, Niloy & Rohan, LLC, Nilhan Financial, LLC, NCT Systems, Inc., and Niloy Inc., doing business as DCT Systems, Inc., are jointly and severally liable to the Gateway Entities, in the total amount of $44,766.33 as of August 19, 2016, together with interest thereon at the simple, non-compounded federal judgment rate of 4.75% per annum ($5.83 per day) from August 19, 2016 until paid in full.

3. Good Gateway, LLC and SEG Gateway, LLC c/o Clay Townsend, Esq., Morgan & Morgan, P.A., 20 N. Orange Ave., Suite 1500, Orlando, Florida, 32801, shall have and recover from Orlando Gateway Partners, LLC, Nilhan Hospitality, LLC, Chittranjan K. Thakkar, Niloy & Rohan, LLC, Nilhan Financial, LLC, NCT Systems, Inc., and Niloy Inc., doing business as DCT Systems, Inc., jointly and severally, the total amount of $44,766.33 as of August 19, 2016, together with interest thereon at the simple, non-compounded federal judgment rate of 4.75% per annum ($5.83 per day) from August 19, 2016, until paid in full, for which let execution, garnishment, and attachment issue instanter.

4. The Gateway Entities shall take no action to collect the judgment against the Debtors, Orlando Gateway Partners, LLC, and Nilhan Hospitality, LLC, other

than filing a proof of claim in and participating in their pending bankruptcy cases, unless and until the automatic stay is modified.

Copies furnished to:

Attorney, Clay Townsend, is directed to serve a copy of this order on all interested parties and file a proof of service within three days of entry of the order.